# EXHIBIT A

## Plaintiff's Video Recording of March 19, 2026 Incident

---

**SOURCE FILE**

File name: IMG_0850.MOV
Duration: 4 minutes, 23 seconds
Recording device: Apple iPhone 17 Pro
Recorded by: Adrian J. Johnson (Plaintiff)
Date of recording: March 19, 2026

**LOCATION**

Parking lot of the Burger King located in the City of St. Louis, Missouri, adjacent to a Great Southern Bank branch whose exterior signage is visible in the recording at timestamp 02:02.

**PARTIES APPEARING IN THE RECORDING**

Plaintiff — Adrian J. Johnson, the owner of the vehicle, who is holding the recording device throughout.

Officer A — A uniformed officer of the St. Louis Metropolitan Police Department, wearing a light-blue uniform shirt, who is standing inside the open driver-side doorway of the Vehicle at the moment the recording begins and who, within the first minute of the recording, physically enters the Vehicle's driver compartment and asks the tow-truck operator how to place the Vehicle into neutral.

Officer B — A uniformed officer of the St. Louis Metropolitan Police Department, wearing a light-blue uniform shirt matching Officer A's shirt, who at timestamp 01:37 physically seizes Plaintiff and places her in handcuffs.

Tow-truck operator — A private individual, not an officer, operating a white flatbed tow truck. The operator is not a party to this action.

**VEHICLE**

2024 BMW iX xDrive60 sport-utility vehicle, white exterior, VIN WB553CF07TCV17803, titled in the name of Adrian J. Johnson. The left-rear tire is visibly deflated onto the wheel rim throughout the recording.

## VERBATIM TRANSCRIPT AND VIDEO INDEX

The following is a true and correct transcript of the audio and material visual events captured in the Source File, indexed by the elapsed-time counter displayed by the recording device's native video player. Spoken words appear in quotation marks; visual events appear in brackets. Overlapping speech is indicated with (overlapping). Inaudible or indistinct speech is indicated with [indiscernible].

**00:00** *[Visual]:* Officer A is standing inside the open driver-side door of the Vehicle. The left-rear tire of the Vehicle is deflated onto the wheel rim.

**00:00** *Officer A:* "That's fine."

**00:01** *Plaintiff:* "So y'all are going to let him steal my car?"

**00:06** *Plaintiff:* "And if I don't [brief audio dropout] take it, I'm going to go to jail."

**00:13** *Plaintiff:* "I'm asking you a question."

**00:14** *Officer B:* "How many times I got to answer the question?"

**00:15** *Plaintiff:* "So — so you guys are going to let him take my car, and if I don't give it to him, I'm going to —"

**00:19** *Officer B:* "We're going to let him take the car that the bank owns because you defaulted on payments."

**00:21** *Plaintiff:* "But he's not the bank. And I didn't default on no — I didn't default — I didn't default on no payments. I didn't default on no payments."

**00:28** *Officer B:* "Okay, well then you can take that up with the bank."

**00:30** *Plaintiff:* "But he's still taking my car, though."

**00:32** *Officer A:* "Yeah, how do you get it in neutral?"

**00:32** *[Visual]:* Officer A leans into the driver's compartment of the Vehicle.

**00:36** *Plaintiff:* "Push the button."

**00:37** *Officer A:* "Reach in the window and just —"

**00:39** *Plaintiff:* "It's the button right there on the side."

**00:43** *Plaintiff:* "Y'all ain't supposed to be enforcing him to get my car. Saying that it's about payments — whether it's about payments or not, that's not y'all job."

**00:54** *[Visual]:* Officer A steps onto the door sill and leans further inside the open driver-side door of the Vehicle.

**00:59** *Plaintiff:* "So what am I going to go to jail for?"

**01:01** *Officer A:* "Right now, nothing, if there's property's not damaged."

**01:03** *Plaintiff:* "But if I don't let him take my car, what am I going to go to jail for?"

**01:06** *Officer A:* "Who knows? Breach of the peace, disturbance, or whatever my supervisor says, because it's not your car."

**01:09** *Plaintiff:* "How do you —"

**01:10** *Officer B:* "In fact, you know what he told me? 'That's not your car. You tried to steal the car, and then damaged the car.' So you can go for stealing a car. How does that sound?"

**01:18** *Plaintiff:* "That's my — that car is in my name. Why don't you run the plate for me? Ain't no lienholder on my car. Run the plate."

**01:26** *Officer B:* "You want to push this?"

**01:27** *[Visual]:* Plaintiff briefly raises a state-issued identification card into frame.

**01:27** *Officer B:* "You want to push this? Do you want to push this? Is that what you want to do? Is that what you want to do? Is that what we're doing? Is that what we're doing?"

**01:30** *Plaintiff:* (overlapping) "To run the plate? To run the plate? I'm asking you if you could run the plate."

**01:36** *Plaintiff:* "What am I doing wrong now?!"

**01:37** *[Visual]:* Officer B initiates physical contact with Plaintiff and grabs her arms.

**01:38** *Officer B:* "Put your hands behind your back."

**01:39** *Officer B:* "Come on, put your hands behind your back. Come on."

**01:40** *[Visual]:* Stainless-steel handcuffs are secured around Plaintiff's wrists behind her back.

**01:40** *Plaintiff:* (overlapping) "What am I doing wrong now?! What am I doing wrong now?!"

**01:45** *Officer B:* "You need to sit on the curb."

**01:46** *Plaintiff:* "What am I doing wrong now?! What am I doing wrong now?! All I did was ask you if you could run the plate."

**01:48** *[Visual]:* The camera, held behind Plaintiff's back while she is handcuffed, captures a white flatbed tow truck positioned in the parking lot.

**01:50** *[Visual]:* The camera captures Officer A standing beside the open driver-side door of the Vehicle.

**01:57** *Plaintiff:* "All I did was ask you if you could run the plate. I'm not doing nothing —"

**01:59** *Officer B:* (overlapping) "Sit on the curb. Sit on the curb. Sit on the curb. Sit down. Sit down."

**02:02** *[Visual]:* As Plaintiff sits on the concrete curb, the camera sweeps upward and captures the exterior signage of a Great Southern Bank branch.

**02:05** *Plaintiff:* "I don't understand why you're doing this, [indiscernible] — because I asked you to run the plates on a car you saying is not mine?"

**02:12** *[Visual]:* The recording device is placed sideways on the grass strip next to the curb and remains there for the balance of the recording.

**02:44** *Plaintiff:* "Can I talk to a sergeant?"

**02:51** *Officer B:* (distant) "Yeah, I'll call a sergeant for you."

**02:56** *Officer B:* (distant, muffled) [Indiscernible] … sergeant … [indiscernible].

**03:04** *Plaintiff:* "It's not in me …"

**03:05–04:15** *[Ambient]:* Ambient wind, passing roadway traffic, and faint, unintelligible police-radio transmissions.

**04:17** *Unidentified female:* (distant) [Indiscernible] … party last there?

**04:20** *Unidentified male:* (distant) [Indiscernible] … 25 …

**04:23** *[End]:* End of recording.

## VERIFICATION

I, Adrian J. Johnson, Plaintiff in this action, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, as follows:

1. I personally recorded the Source File identified above using my own Apple iPhone 17 Pro on March 19, 2026, in the parking lot of the Burger King identified above in the City of St. Louis, Missouri. The recording began shortly after the officers and tow-truck operator refused my request to stop the taking of my Vehicle, and the recording ended when I was handcuffed and the recording device was placed on the grass beside the curb where Officer B ordered me to sit.

2. The Source File attached as Exhibit A is a true, accurate, and unaltered copy of the original video file as it was recorded by my iPhone 17 Pro. The file has not been edited, trimmed, spliced, color-corrected, slowed, sped up, re-encoded for content, or otherwise altered. The original file, with its embedded device metadata, remains in my possession and will be made available for inspection and forensic authentication on request.

3. The foregoing transcript and video index is a true and accurate transcription of the audio and material visual events captured in the Source File. I have reviewed the Source File in preparing this transcript and have transcribed the spoken words verbatim to the best of my hearing, marking passages that are indistinct as [indiscernible] rather than filling them in.

4. The two uniformed officers depicted in the recording are the same two officers identified in St. Louis Metropolitan Police Department Report No. 26-009928 as Officers Andrew Venable and Alexander Burton. Both officers were wearing light-blue uniform shirts of the same color on March 19, 2026. The labels "Officer A" and "Officer B" used in this transcript are positional labels assigned by reference to the officers' positions and conduct as captured in

the recording; the correspondence between those labels and the officers' legal names is pleaded in the alternative in the Verified Complaint to which this Exhibit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 23, 2026, 2026

_________________________________

Adrian J. Johnson
Plaintiff, pro se
Phone: (279) 292-9668
Email: kingsdaughter612@gmail.com